**Order entered May 22, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01010-CR

**DAVID CARY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81636-2011**

## ORDER

Appellant's May 16, 2014 unopposed third motion to extend the time to file appellant's brief is **GRANTED**. Appellant's brief filed with the Clerk of the Court on May 20, 2014 is deemed timely filed on May 20, 2014.

In his third motion, appellant alleges the reporter's record is incomplete. Appellant alleges the court reporter failed to file the record of a motion for new trial hearing. Appellant represents he requested preparation of the reporter's record on August 7, 2013, and the court reporter has been paid.

We **ORDER** court reporter LaTresta Ginyard to file within **THIRTY** days of the date of this order, a supplemental reporter's record that will include the hearing on appellant's motion for new trial. In the event no notes are available to transcribe into the requested supplemental

reporter's record, Ginyard is **ORDERED** to file a letter stating that the requested supplemental reporter's record cannot be filed.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to court reporter LaTresta Ginyard.

/s/    LANA MYERS
       JUSTICE